# United States District Court
## Middle District of Tennessee

Karen McManamay
*Deputy Clerk*

Web Site: www.tnmd.uscourts.gov

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-7178 ext. 223

June 8, 2007

**Kevin Doherty**
Burr & Forman, LLP
700 Two American Center
3102 West End Avenue
Nashville, TN 37203

      Re:    Cal IV Entertainment, LLC v. Youtube, Inc. et al
             Civil Action No. 3:07cv0617
             Judge Echols/Magistrate Judge Bryant

Dear Mr. Doherty:

Pursuant to the local rules of court, you must:

    ✓ Be admitted to practice before this Court, in accord with Local Rule 83.01, or

    ✓ File a motion for admission pro hac vice with an attached original certificate of good standing, signed by the Clerk of a United States District Court to which you are admitted, in accordance with Local Rule 83.01, and pay a fee of $75.00, per attorney.

    Effective July 5, 2005, this Court went live with the Electronic Case Filing system. You should file your motion to appear pro hac vice on paper and pay the required $75.00 per attorney. Once the motion is ruled on, you must register for an ecf login and password. A link to the registration form is available on the website listed above by following the "CM/ECF" link. All filings must be made in accordance with our Administrative Practices and Procedures for Electronic Case Filing, also found at the above-mentioned link.

    The local rules of court and application for admission are available on our web site listed above.

    If you have not remedied the problem indicated above within (20) days, we will alert the Court, which will take appropriate action.

If you have any questions or if we can assist you in any way, please let us know.

Sincerely,

*Karen McManamay*
Karen McManamay