# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE, TENNESSEE

| | |
|---|---|
| CAL IV ENTERTAINMENT, LLC, ) | |
| on behalf of itself and all others similarly ) | |
| situated, ) | |
| ) | |
| Plaintiff ) | CASE NO. 03:07-0617 |
| ) | |
| v. ) | JUDGE ECHOLS |
| ) | |
| YOUTUBE, INC., YOUTUBE, LLC, ) | |
| and GOOGLE, INC., ) | JURY DEMAND |
| ) | |
| Defendants ) | |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Cal IV Entertainment, LLC ("Cal IV"), pursuant to Rule 7.02, submits this Corporate Disclosure Statement. Cal IV is a privately held, independent music publisher. Cal IV has no parent company and no publicly traded company owns any interest in Cal IV.

Respectfully submitted,

/s/ Gerald E. Martin
Gerald E. Martin #20193
Barrett, Johnston & Parsley
217 Second Avenue North
Nashville, Tennessee 37201
615-244-2202
615-252-3798 (facsimile)

Daniel C. Girard
Girard Gibbs LLP
601 California Street, 14th Floor
San Francisco, CA 94108
415-981-4800
415-981-4846 (facsimile)

Kevin Doherty
Burr & Forman
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
615-724-3211
615-724-3290 (facsimile)

*Attorneys for Plaintiff Cal IV Entertainment*

CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of June, 2007, a copy of the foregoing Corporate Disclosure Statement was served on the following by depositing the same in the U.S. Mail, First Class, postage prepaid, addressed as follows:

Google, Inc.
c/o CSC Lawyers, Inc. Svc.
2730 Gateway Oaks Drive, Suite 100
P.O. Box 526036
Sacramento, CA 95852

YouTube, Inc.
c/o CSC Lawyers, Inc. Svc.
2730 Gateway Oaks Drive, Suite 100
P.O. Box 526036
Sacramento, CA 95852

YouTube, LLC
c/o CT Corporate Systems
818 West 7th Street
Los Angeles, CA 90017

/s/ Gerald E. Martin
Gerald E. Martin #20193
BARRETT, JOHNSTON & PARSLEY