AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **TENNESSEE**

CAL IV ENTERTAINMENT, on behalf
of themselves and all others similarly situated,

V.

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE, INC.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3 07 0617

**JUDGE ECHOLS**

TO: (Name and address of Defendant)

YOUTUBE, LLC
5441 KIETZKE LANE
SECOND FLOOR
RENO, NV 89511

REGISTERED AGENT: CT CORP. SYSTEM
818 West 7th Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Martin
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, Tennessee 37201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH THROCKMORTON**

CLERK _(signature)_

(By) DEPUTY CLERK

DATE: JUN - 7 2007

**RETURN COPY**

≜AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 8, 2007 |
| NAME OF SERVER (PRINT) Deborah Applegate | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant   Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Mailed to registered agent, CT Corp. System, on June 8, 2007, by certified mail, return receipt. The return receipt was signed for by Rudy Rivera on June 12, 2007, and returned to the office of Barrett, Johnston & Parsley on June 14, 2007.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  6/14/07
         Date            Signature of Server

217 Second Ave. N, Nashville, TN 37201
Address of Server

---

Postmark JUN 08 2007 NASHVILLE ARCADE STA

Postage $1.82
Certified Fee $2.65
Return Receipt Fee (Endorsement Required) $2.15
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $6.62

Sent To: YouTube c/o CT Corp. System
Street, Apt. No.; or PO Box No. 818 West 7th Street
City, State, ZIP+4 Los Angeles, CA 90017
RE: YouTube

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   YouTube, LLC
   c/o CT Corp. System
   818 West 7th Street
   Los Angeles, CA 90017

2. Article Number (Transfer from service label)  7005 1820 0001 5861 0127

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature  X Rudy Rivera   ☐ Agent ☐ Addressee
B. Received by (Printed Name) RUDY RIVERA   C. Date of Delivery 6/12-07
D. Is delivery address different from item 1? ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540