AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

CAL IV ENTERTAINMENT, on behalf
of themselves and all others similarly situated,

**SUMMONS IN A CIVIL ACTION**

V.

YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE, INC,

CASE NUMBER: 3 07 0617

JUDGE ECHOLS

TO: (Name and address of Defendant)

GOOGLE, INC.  
1600 Amphitheatre Pkwy  
Mount View, CA 94043

REGISTERED AGENT: CSC Lawyers Inc Svc  
2730 Gateway Oaks Drive Suite 100  
Sacramento, CA 95833  
PO BOX 526036 Sacramento, CA 95852

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Martin  
BARRETT, JOHNSTON & PARSLEY  
217 Second Avenue North  
Nashville, Tennessee 37201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH THROCKMORTON**

CLERK

(By) DEPUTY CLERK

DATE JUN - 7 2007

**RETURN COPY**

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | June 18, 2007 |
| NAME OF SERVER *(PRINT)* | TITLE |
| Deborah Applegate | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Mailed to registered agent, CSC Lawyers Inc. Service, on June 8, 2007, by certified mail, return receipt. The return receipt was signed for by April M. Gun (sp) on June 13, 2007, and returned to the office of Barrett-Johnston & Parsley on June 18, 2007.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 18, 2007
*Date*

*Signature of Server*

217 Second Ave 10, Nashville, TN 37201
*Address of Server*

---

**CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $1.82
Certified Fee $2.65
Return Receipt Fee (Endorsement Required) $2.15
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $6.62

Sent To: Google, Inc c/o CSC Lawyers Inc Svc
Street, Apt No.; or PO Box No. PO Box 526036
City, State, ZIP+4 Sacramento CA 95852

PS Form 3800, June 2002

7005 1820 0001 5861 0141

Postmark: NASHVILLE TN ARCADE STA JUN 08 2007

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Google, Inc.
c/o CSC Lawyers Inc Svc
2730 Gateway Oaks Dr. #100
PO Box 526036
Sacramento, CA 95852

RE: YouTube

2. Article Number *(Transfer from service label)*
7005 1820 0001 5861 0141

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee
B. Received by *(Printed Name)* April Gun
C. Date of Delivery JUN 13 2007
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M