# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CAL IV ENTERTAINMENT, LLC,** ) | |
| **on behalf of itself and all others similarly** ) | |
| **situated,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 3:07-CV-00617 |
| ) | |
| **YOUTUBE, INC., YOUTUBE, LLC,** ) | **Judge Echols** |
| **and GOOGLE, INC.,** ) | **Magistrate-Judge Bryant** |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

The undersigned hereby enter an appearance as counsel of record for Defendants in the above-styled matter, without waiver of any defenses (including, but not limited to, jurisdiction, venue, failure to state a claim, and insufficiency of service), objections, rights or claims. Separate motions for admission *pro hac vice* will be submitted in connection with the appearance of lead counsel for the Defendants.

Respectfully submitted,

/s/Robb S. Harvey
James M. Doran (Tenn. BPR No. 2638)
Robb S. Harvey (Tenn. BPR No. 11519)
WALLER LANSDEN DORTCH & DAVIS LLP
511 Union Street, Suite 2700
Nashville, TN  37219
(615) 244-6380
E-mail: jdoran@wallerlaw.com &
rharvey@wallerlaw.com
*Local Counsel for Defendants*

1556839.1

Dockets.Justia.com

## CERTIFICATE OF SERVICE

       I hereby certify that on June 28, 2007, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. Parties/counsel who are to receive service include:

Gerald E. Martin
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, Tennessee 37201
615/244-2202
Email: jmartin@barrettjohnston.com

Daniel C. Girard
Girard Gibbs LLP
601 California Street, 14th Floor
San Francisco, California 94108
415/981-4800
Email: dcg@girardgibbs.com

Kevin Doherty
BURR & FORMAN
700 Two American Center
3102 West End Center
Nashville, Tennessee 37203
615/724-3211
Email: kdoherty@burr.com

/s/Robb S. Harvey
Counsel for Defendant