# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CAL IV ENTERTAINMENT, LLC, ) <br> on behalf of itself and all others similarly ) <br> situated, ) <br>  ) <br>     Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> YOUTUBE, INC., YOUTUBE, LLC, ) <br> and GOOGLE, INC., ) <br>  ) <br>     Defendants. ) | No. 3:07-CV-00617 <br><br> **Judge Echols** <br> **Magistrate-Judge Bryant** |

## [Proposed] ORDER

This matter came before the Court on the unopposed Motion of Defendants for an extension of time to answer or otherwise respond to the Complaint filed by Plaintiff Cal IV Entertainment, LLC. The Court finds that Defendants' Motion is well-taken and, good cause appearing, is **GRANTED**. Accordingly, it is hereby

**ORDERED** that Defendants shall have an extension through and including July 24, 2007 to answer or otherwise respond to Plaintiff's Complaint.

Dated:  June ___, 2007  _____
                                                  **JOHN BRYANT, UNITED STATES**
                                                  **MAGISTRATE-JUDGE**

1556740.1

dockets.Justia.com