# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CAL IV ENTERTAINMENT, LLC, on behalf of itself and all others similarly situated, | ) CASE NO. 3:07-0617 ) ) ) |
| Plaintiff, | ) CLASS ACTION ) |
| vs. | ) JUDGE ECHOLS ) MAGISTRATE BRYANT |
| YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE, INC., | ) ) ) ) |
| Defendants. | |

### PLAINTIFF'S MOTION FOR ADMISSION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 1(d), Plaintiff CAL IV Entertainment, LLC hereby moves the Court for an Order allowing Daniel C. Girard of Girard Gibbs & De Bartolomeo, LLP, 601 California Street, Suite 1400, San Francisco, CA 94108, to appear and practice in this action. A Certificate of Good Standing from the United States District Court for the Northern District of California for Mr. Girard has been filed separately with the court. The appropriate fee will be tendered to the Clerk.

RESPECTFULLY SUBMITTED,

/s/ Gerald E. Martin
Gerald E. Martin #20193
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, Tennessee 37201
615-244-2202
Attorney for Plaintiffs

Dockets.Justia.com

CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of June, 2007, a copy of the foregoing Motion for Admission to Appear Pro Hac Vice was served via the Court's Electronic Filing System on the following:

James M. Doran, Jr.
Robb S. Harvey
WALLER, LANSDEN, DORTCH & DAVIS
Nashville City Center
511 Union Street
Suite 2100
Nashville, TN 37219
jim.doran@wallerlaw.com
robb.harvey@wallerlaw.com

/s/ Gerald E. Martin
Gerald E. Martin #20193