# Certificate of Good Standing

United States of District Court )
) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Daniel C. Girard, Bar No. 114826** was duly admitted to practice in said Court on **December 3, 1984**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on June 20, 2007

Richard W. Wieking
Clerk

Dockets.Justia.com