# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

|  |  |
|---|---|
| **CAL IV ENTERTAINMENT, LLC**, on behalf of itself and all others similarly situated,<br><br>    **Plaintiff,**<br><br>vs.<br><br>**YOUTUBE, INC., YOUTUBE, LLC,** and **GOOGLE, INC.,**<br><br>    **Defendants.** | ) **CASE NO. 3:07-0617**<br>)<br>)<br>)<br>) **CLASS ACTION**<br>)<br>) **JUDGE ECHOLS**<br>) **MAGISTRATE BRYANT**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Laurel A. Johnston of the law firm BARRETT, JOHNSTON & PARSLEY, admitted to this Court January 20, 2006 hereby enters a notice of appearance as counsel of record for Plaintiff Cal IV Entertainment, LLC.

Respectfully submitted,

/s/ Laurel A. Johnston
Laurel A. Johnston #24532
Gerald E. Martin #20193
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, Tennessee 37201
615-244-2202
Attorney for Plaintiffs

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of June, 2007, a copy of the foregoing Notice of Appearance was served via the Court's Electronic Filing System on the following:

James M. Doran, Jr.
Robb S. Harvey
WALLER, LANSDEN, DORTCH & DAVIS
Nashville City Center
511 Union Street
Suite 2100
Nashville, TN 37219
jim.doran@wallerlaw.com
robb.harvey@wallerlaw.com


/s/ Laurel A. Johnston
Laurel A. Johnston #24532