# Certificate of Good Standing

United States of District Court           )
                                          ) ss.
Northern District of California           )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Christina H. Connolly, Bar No. 245869** was duly admitted to practice in said Court on **December 20, 2006**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on June 20, 2007

_Richard W. Wieking_
Clerk