# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CAL IV ENTERTAINMENT, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC.<br><br>Defendants. | ECF Case<br><br>No. 3:07-cv-00617<br><br>**DEFENDANTS' MOTION FOR TEMPORARY STAY** |

Defendants YouTube, Inc., YouTube, LLC, and Google Inc. hereby move the Court for a temporary stay pending resolution of a motion for consolidation and transfer that has been filed with the Judicial Panel on Multidistrict Litigation by plaintiff Cal IV Entertainment, LLC.

Dated: July 2, 2007

Respectfully submitted,

/s/ James M. Doran. Jr.
James M. Doran (Tenn. BPR No. 2638)
Robb S. Harvey (Tenn. BPR No. 11519)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN  37219
(615) 244-6380
E-mail:  jdoran@wallerlaw.com &
rharvey@wallerlaw.com

Local Counsel for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the foregoing DEFENDANTS' MOTION FOR TEMPORARY to be served upon the following counsel for Plaintiff in this matter through the Court's Electronic Filing System, or by mailing the same to the offices of said counsel by United States first class mail, postage prepaid, on this 2nd day of July, 2007:

Daniel C. Girard
Girard Gibbs LLP
601 California Street
Suite 1400
San Francisco, CA 94108
(415) 981-4800
Email: dcg@girardgibbs.com

Gerald E. Martin
Laurel Alyson Johnston
Barrett, Johnston & Parsley
217 Second Avenue, N
Nashville, TN 37201
(615) 244-2202
Email: jmartin@barrettjohnston.com
ljohnston@barrettjohnston.com

Kevin Doherty
Burr & Forman, LLP
700 Two American Center
3102 West End Avenue
Nashville, TN 37203
US
(615) 724-3211
Fax: (615) 724-3290

/s/ James M. Doran. Jr.