# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CAL IV ENTERTAINMENT, LLC, on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE, INC.,<br><br>          Defendants. | CASE NO. 3:07-0617<br><br>CLASS ACTION<br><br>JUDGE ECHOLS<br>MAGISTRATE BRYANT |

## NOTICE OF VOLUNTARY DISMISSAL

Comes now Plaintiff CAL IV Entertainment, LLC, pursuant to Rule 41(a) of the F.R.C.P., and dismisses the above styled action without prejudice. Neither an Answer nor Motion for Summary Judgment has been filed by Defendants. A proposed Order has been filed contemporaneously with this Notice.

RESPECTFULLY SUBMITTED

/s/ Gerald E. Martin
GERALD E. MARTIN, BPR 20193
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201
(615) 244-2202

Dockets.Justia.com

CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of July, 2007, a copy of the foregoing <u>Notice of Voluntary Dismissal</u> was served via the Court's Electronic Filing System on the following:

James M. Doran, Jr.
Robb S. Harvey
WALLER, LANSDEN, DORTCH & DAVIS
Nashville City Center
511 Union Street
Suite 2100
Nashville, TN 37219
jim.doran@wallerlaw.com
robb.harvey@wallerlaw.com

/s/ Gerald E. Martin
Gerald E. Martin #20193