# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CAL IV ENTERTAINMENT, LLC, on behalf of itself and all others similarly situated, | ) CASE NO. 3:07-0617 ) ) ) |
| Plaintiff, | ) CLASS ACTION ) |
| vs. | ) JUDGE ECHOLS ) MAGISTRATE BRYANT |
| YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE, INC., | ) ) ) ) |
| Defendants. | |

## ORDER

As evidenced by the signature below of Plaintiff's counsel, the Court finds that Plaintiff has submitted a Notice of Voluntary Dismissal, and neither an Answer nor Motion for Summary Judgment has been filed by Defendants. Therefore, it is hereby **ORDERED**, pursuant to Fed. R. Civ. P. 41(a) that the above styled action is dismissed without prejudice.

Date: July \_\_\_, 2007

_____
JUDGE ECHOLS

Submitted by:

 /s/ Gerald E. Martin
GERALD E. MARTIN, #20193
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201
(615) 244-2202
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of July, 2007, a copy of the foregoing Order was served via the Court's Electronic Filing System on the following:

James M. Doran, Jr.
Robb S. Harvey
WALLER, LANSDEN, DORTCH & DAVIS
Nashville City Center
511 Union Street
Suite 2100
Nashville, TN 37219
jim.doran@wallerlaw.com
robb.harvey@wallerlaw.com

/s/ Gerald E. Martin
Gerald E. Martin #20193