IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CAL IV ENTERTAINMENT, LLC, on behalf of itself and all others similarly situated, | CASE NO. 3:07-0617 |
| Plaintiff, | CLASS ACTION |
| vs. | JUDGE ECHOLS<br>MAGISTRATE BRYANT |
| YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE, INC., | |
| Defendants. | |

## ORDER

As evidenced by the signature below of Plaintiff's counsel, the Court finds that Plaintiff has submitted a Notice of Voluntary Dismissal, and neither an Answer nor Motion for Summary Judgment has been filed by Defendants. Therefore, it is hereby **ORDERED**, pursuant to Fed. R. Civ. P. 41(a) that the above styled action is dismissed without prejudice.

Date: July 9, 2007

JUDGE ECHOLS

Submitted by:

/s/ Gerald E. Martin
GERALD E. MARTIN, #20193
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201
(615) 244-2202
Attorney for Plaintiff